# United States District Court
# For The Western District of North Carolina
# Statesville Division

Rodney D. Spruill,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                 5:09-cv-39-GCM

J. Klaver, Correctional Officer,
J. Travis, Correctional Officer,
K. Whitener, Superintendent,
C. Hernandez, Assistant Superintendent,
NFN Clark, Unit Manager, and
A. Nicholas, Case Manager,

        Defendant(s).

DECISION BY COURT. This action having come before the court, and decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 23, 2009 Order.

                                                                                     FRANK G. JOHNS, CLERK

April 27, 2009

                                                                                     BY: s/Gwendolyn Brinley
                                                                                         Gwendolyn Brinley, Deputy Clerk